Michael E. Berman
**BERMAN CLASS LAW**
270 Shore Road, Suite 14
Long Beach, NY 11561
Telephone: (516)320-9076
*Attorneys for Plaintiff Joshua Siegel*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSHUA SIEGEL on behalf of himself and all others similarly situated, | : | Civil Action No. 17-cv-01687-SDW-LDW |
| *Plaintiff*, | : | |
| v. | : | |
| SAMSUNG ELECTRONICS AMERICA, INC., a New Jersey Corporation, and SAMSUNG ELECTRONICS CO., LTD., a Foreign Limited Liabiulity Company, | : | |
| And Jane Does (1-Unlimited) And | : | |
| ABC Corporations (1-Unlimited), | : | |
| *Defendants.* | | |

**NOTICE OF DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), Plaintiff Joshua Siegel hereby dismisses this action without prejudice.

Dated: September 27, 2017

Respectfully submitted,

**BERMAN CLASS LAW**
270 Shore Road, Suite 14
Long Beach, NY 11561
(484)889-0310

By: /s/ Michael Berman
*Attorneys for Plaintiff Joshua Siegel*

So Ordered
this 28th day of Sept. 2017
Susan D. Wigenton, U.S.D.J.